UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. BOYD,<br><br>        Petitioner,<br><br>    v.<br><br>XAVIER CANO, WARDEN,<br><br>        Respondent. | CASE NO. CV 17-8700-SVW (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |

On November 16, 2017, Petitioner filed a Petition for Writ of Habeas Corpus, challenging his conviction in June 2004 for first degree murder with special circumstances and resultant sentence of life without the possibility of parole plus 25 years. (Petition at 2.) Petitioner contends that: (1) he received ineffective assistance of counsel at trial; (2) he received ineffective assistance of counsel on appeal; and (3) his sentence violates the Eighth Amendment. (Petition at 5 and Exh. 1.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

became final on October 10, 2006--90 days after the California Supreme Court denied his petition for review.  *See*, *e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005).  Therefore, the statute of limitations expired one year later, on October 10, 2007.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however, did not file this Petition until November 16, 2017, more than ten years after the deadline.

IT IS THEREFORE ORDERED that, no later than **January 5, 2018,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations.  Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: December 5, 2017.

/s/ Patrick J. Walsh

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\BOYD, D 8700\OSC dismiss pet.wpd